AO 234A (Rev. 06/19)

# UNITED STATES DISTRICT COURT - NOTICE TO APPEAR

| VIOLATION NUMBER | LOCATION CODE | DATE ISSUED | CASE NUMBER | AMOUNT DUE |
|---|---|---|---|---|
| E1770255 | ON11 | 08/03/2022 | 1:22-PO-00173-JDA | $80.00 |

| OFFENSE | LICENSE PLATE NUMBER |
|---|---|
| TRAFFIC OFFENSES, OTHER | JAK5699 OH |

| UNITED STATES OF AMERICA v. JALEMI A LAWRENCECOPES 9805 MANOR AVENUE CLEVELAND, OH 44101 | DATE/TIME OF COURT APPEARANCE | COURT LOCATION |
|---|---|---|
| | 01/30/2024 09:00 AM ***IMPORTANT*** SEE INSTRUCTIONS BELOW | CARL B. STOKES UNITED STATES COURTHOUSE 801 W SUPERIOR AVE, CTRM 9B CLEVELAND, OH 44113 |

A violation notice issued to you personally, or placed on your vehicle, remains pending. Therefore, a date for you to appear in court has been scheduled.

If an amount due is shown above, you may pay this amount and avoid appearing in court. You may pay on-line at www.cvb.uscourts.gov or return the bottom portion of this form with your check or money order. Make it payable to the **Central Violations Bureau**. *Write the violation number and location code on your check or money order*. DO NOT SEND CASH. If the "Amount Due" block above is marked "MANDATORY" or "APPEARANCE REQUIRED," do not make any payment. You must appear in court on the date, time, and place shown above.

**By paying the amount due you may be admitting to a criminal offense and a conviction may appear in a public record with adverse consequences to you. You have a right to know more about the charge against you and you may obtain a complete statement of the charge by calling the Central Violations Bureau at 800-827-2982. By paying the amount due you waive your right (1) to contest this violation notice, (2) to a trial, and (3) to be represented by counsel**. If you are charged with a motor-vehicle violation, your payment may be reported to your state's motor-vehicle or driver-licensing agency. As a result, points may be assessed against your driving record, your license or registration may be suspended, and additional fees may be imposed by your state.

To avoid a court appearance, you must pay the amount due prior to your court appearance. If you fail to pay or appear in court on the scheduled date, you will be subject to arrest. If you appear in court to plead guilty, or are convicted after trial, the court may impose any penalty the law authorizes and will add a special assessment of $5, $10, or $25. A payment is accepted subject to collection from the financial institution on which it is drawn. For further information, call CVB at 800-827-2982 or visit the website www.cvb.uscourts.gov.

## SPECIAL INSTRUCTIONS

If you would like to try and resolve your citation prior to, and without having to appear in court and in person, call Assistant United States Attorney Jennifer King at 216-622-3759.

Alternatively, if you would like to resolve your case immediately, you may pay the Amount Due on-line at www.cvb.uscourts.gov or send a check or money order payable to the "Central Violations Bureau" at Central Violations Bureau, P.O. Box 780549, San Antonio, TX 78278.

---

**If payment has been sent, disregard this notice.**

*Detach this portion and return it with your payment or pay on-line at www.cvb.uscourts.gov*

| **Central Violations Bureau P.O. Box 780549 San Antonio, TX 78278 (800) 827-2982** | VIOLATION NUMBER | LOCATION CODE | AMOUNT DUE |
|---|---|---|---|
| | E1770255 | ON11 | $80.00 |

| DEFENDANT'S NAME AND ADDRESS | |
|---|---|
| JALEMI A LAWRENCECOPES 9805 MANOR AVENUE CLEVELAND, OH 44101 | - To pay by credit card, visit www.cvb.uscourts.gov.<br>- To pay by mail, return this portion of the form with your check or money order to the address listed on the stub. There is a $53 fee for returned payments.<br>- Make the check or money order payable to the **Central Violations Bureau**.<br>- Write the violation number and location code on your check or money order.<br>- **DO NOT SEND CASH.** |